UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERICK ALEXANDER HENRIQUEZ GRANADO, <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, Acting Attorney General, <br><br> Respondent. | No. 26-1861 <br><br> Agency No. A241-075-354 <br><br> ORDER |

Before:      SILVERMAN, WARDLAW, and CALLAHAN, Circuit Judges.

Petitioner's emergency motion (Docket Entry No. 23) to stay the court's June 17, 2026, order denying a stay of removal (Docket Entry No. 22) is granted. A stay of removal is in effect pending a ruling on the motion for en banc reconsideration.


CALLAHAN, Circuit Judge, Dissenting

Judge Callahan would deny the emergency motion.